UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

SCOTT BAMFORD,

    Plaintiff,

-v-                                                        CIVIL NO.

KPMG, LLP and           MAGISTRATE JUDGE
METROPOLITAN LIFE INSURANCE
COMPANY

    Defendants.

SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY

**COMPLAINT
AND
JURY TRIAL DEMAND**

### Jurisdiction

1.    This action arises under the laws of the United States and is brought pursuant to Title 29, §§ 1001, et seq. of the United States Code, the Employment Retirement Income Security Act of 1974. Jurisdiction is based upon the existence of questions arising therefrom as more fully appears below.

### The Parties

2.    Your Plaintiff, Scott Bamford, is a resident of the Commonwealth of Massachusetts, and is a former employee of the Defendant, KPMG, LLP.

3.    The Defendant, KPMG, LLP ("KPMG") is a Limited Liability Partnership organized under the laws of the State of Delaware.

1

4.   The Defendant, Metropolitan Life Insurance Company ("MetLife") is a corporation organized under the laws of the State of Delaware.

**Factual Background**

5.   Plaintiff Scott Bamford was an employee of the Defendant KPMG, LLP and was a participant and/or beneficiary of the KPMG, LLP Employees Long Term Disability Plan (hereinafter referred to as the "Plan"), a health and welfare benefit plan as contemplated by the Employment Retirement Income Security Act of 1974 (hereinafter referred to as "ERISA").

6.   In or around 2001, the Plaintiff applied for Long Term Disability Benefits under the Plan. Ultimately, in or around February 2002, the application for benefits was approved, and the Plaintiff began receiving benefits.

7.   In or around March of 2003, the Plaintiff was awarded disability benefits through the Social Security Administration ("SSDI"). The Defendant, MetLife, was informed of this award on or around May of 2003.

8.   In or around June of 2003, MetLife informed the Plaintiff that pursuant to the terms of the Plan, the Defendants were entitled to offset his monthly LTD benefit by the amount received from Social Security. MetLife informed the Plaintiff that because the decision to award SSDI benefits was retroactive, there had been an overpayment of benefits to the Plaintiff. MetLife then demanded that the Plaintiff tender the sum of $4,337.31, and threatened to withhold future benefits if that sum was not paid within approximately three weeks. In or around July 2003, the Plaintiff paid that sum.

9. The Defendants terminated the Plaintiff's LTD benefits effective September 3, 2003. The Defendants relied on progress notes of the Plaintiff's treating physician, and used a "Nurse Consultant" to review the notes and determine that the Plaintiff was no longer disabled as defined by the Plan.

10. In or around November of 2003, the Plaintiff appealed the decision through MetLife's internal administrative review process. MetLife acknowledged the appeal in a letter dated January 4, 2004.

11. In a letter dated January 24, 2004, MetLife informed the Plaintiff that it had again "overpaid" the Plaintiff benefits, and demanded a return of $7,916.58.

12. In a letter dated February 13, 2004 MetLife denied the Plaintiff's administrative appeal and informed the Plaintiff that all administrative remedies under the plan had been exhausted. The letter also stated that "no further appeals will be considered."

## Violations of ERISA

13. The Plan confers discretion on Defendant MetLife to interpret the terms, conditions and provisions of the "entire contract." Upon information and belief, benefits are paid for by MetLife, from MetLife assets.

14. Notwithstanding this Plan language, the Defendant KPMG is the plan administrator and has only purchased an insurance policy with MetLife.

15. The actions of the Defendants, including but not limited to the termination of the Plaintiff's benefits was contrary to the express terms of the plan, and is arbitrary and capricious.

16. As a result of this unlawful termination of employee benefits, the Plaintiff has not been able to receive his benefits, all to his loss and damage.

17. As a result of having to pursue this matter in litigation, the Plaintiff has been forced to incur attorney's fees, all to his loss and damage.

WHEREFORE, your Plaintiff prays that this Honorable Court enter judgment in her favor, and that the Court ORDER:

a. That the Plaintiff be awarded compensatory damages;

b. That the Plaintiff be awarded the costs of bringing this action, including but not limited to reasonable attorneys fees; and

c. Any additional relief that the court deems equitable, just and proper.

DATED AT BOSTON, MASSACHUSETTS, this 18th day of April, in the year 2005.

THE PLAINTIFF
Scott Bamford
By his attorney:

William J. McLeod, BBO 560572
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110
617-542-2956/phone
617-695-2778/fax
wjm@mcleodlawoffices.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

SCOTT BAMFORD,

    Plaintiff,

-v-                              CIVIL NO.

KPMG, LLP and
METROPOLITAN LIFE INSURANCE
COMPANY

    Defendants.

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

Your Plaintiff respectfully requests a jury trial.

                                        Respectfully submitted:

                                        THE PLAINTIFF
                                        Scott Bamford
                                        By his attorney:

DATED:    April 18, 2005

                                        William J. McLeod, BBO 560572
                                        McLeod Law Offices, PC
                                        77 Franklin Street
                                        Boston, MA 02110
                                        617-542-2956/phone
                                        617-695-2778/fax
                                        wjm@mcleodlawoffices.com

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Scott Bamford

**DEFENDANTS**
KPMG, LLP, Metropolitan Life Insurance Company

(b) County of Residence of First Listed Plaintiff: **Bristol**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William J. McLeod, McLeod Law Offices, PC, 77 Franklin Street, Boston, MA 02110  617.542.2956

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☒ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. Section 1001 et seq., Employment Retirement Income Security Act
Brief description of cause:
Termination of Long Term Disability Benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 04/18/2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Scott Bamford v. KPMG, LLP__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __William J. McLeod, McLeod Law Offices, PC__
ADDRESS __77 Franklin Street, Boston, MA 02110__
TELEPHONE NO. __617.542.2956__

(CategoryForm.wpd - 2/15/05)