AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Scott Bamford

**SUMMONS IN A CIVIL ACTION**

V.

KPMG, LLP and Metropolitan Life Insurance Company

CASE NUMBER: 05-10769 MLW

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
c/o AGENT FOR PROCESS:
Commonwealth of Massachusetts
Massachusetts Division of Insurance
One South Station
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. McLeod (BBO No. 560572)
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within   **20 (Twenty)**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        18 2005

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  **DATE** 4/27/05

**NAME OF SERVER (PRINT)** Carey A. Luckey  **TITLE** Admin. Asst. - DOI

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Forwarded First Class Mail to Metropolitan Life Insurance Co., One Madison Avenue, New York, NY 10010

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APR 2 7 2005

RECEIVED
APR 2 7 2005
DIVISION OF INSURANCE
LEGAL DIVISION

Signature of Server: Carey Luckey

Address of Server: One South Station, Boston MA 02110

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.