UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10769-MLW

```
_____
                               )
SCOTT BAMFORD,                 )
     Plaintiff                 )
                               )
v.                             )
                               )
KPMG, LLP and                  )
METROPOLITAN LIFE              )
INSURANCE COMPANY              )
     Defendants     )
                               )
_____)
```

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance for the defendants in the above-captioned action.

                                        /s/  James F. Kavanaugh, Jr.
                                        James F. Kavanaugh, Jr.
                                        CONN KAVANAUGH ROSENTHAL
                                              PEISCH & FORD, LLP
                                        TEN POST OFFICE SQUARE
                                        BOSTON, MA  02109
                                        (617) 482-8200
                                        BBO #262360

May 12, 2005

226134.1