UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10769-MLW

```
_____
                              )
SCOTT BAMFORD,                )
         Plaintiff            )
                              )
v.                            )
                              )
KPMG, LLP and                 )
METROPOLITAN LIFE             )
INSURANCE COMPANY             )
         Defendants.          )
                              )
_____)
```

**ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND TIME FOR
RESPONDING TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), defendants Metropolitan Life Insurance Company and KPMG, LLP hereby move, with the assent of the plaintiff, to enlarge the time within which they must serve a response to the complaint to **June 8, 2005**. As grounds therefor, the defendants state that said additional time is necessary for them to prepare their responses.

| | |
|---|---|
| **ASSENTED TO BY:**<br>SCOTT BAMFORD,<br>By his attorneys, | METROPOLITAN LIFE INSURANCE COMPANY, and KPMG, LLP,<br>By their attorneys, |
| /s/ William J. McLeod<br>William J. McLeod, BBO# 560572<br>McLeod Law Offices, PC<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 542-2956 | /s/ James F. Kavanaugh, Jr.<br>James F. Kavanaugh, Jr. BBO # 262360<br>CONN, KAVANAUGH, ROSENTHAL,<br>    PEISCH & FORD, L.L.P.<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

Dated: May 16, 2005

226731.1