UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10769-MLW

_____
                                   )
SCOTT BAMFORD,                     )
        Plaintiff                  )
                                   )
v.                                 )
                                   )
KPMG, LLP and                      )
METROPOLITAN LIFE                  )
INSURANCE COMPANY                  )
        Defendants.                )
                                   )
_____)

**ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND TIME FOR
RESPONDING TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), defendants Metropolitan Life Insurance Company and KPMG, LLP hereby move, with the assent of the plaintiff, to enlarge the time within which they must serve a response to the complaint to **June 22, 2005**. As grounds therefor, the defendants state that said additional time is necessary for them to prepare their responses.

| | |
|---|---|
| **ASSENTED TO BY:**<br>SCOTT BAMFORD,<br>By his attorneys, | METROPOLITAN LIFE INSURANCE<br>COMPANY, and KPMG, LLP,<br>By their attorneys, |
| /s/ William J. McLeod<br>William J. McLeod, BBO# 560572<br>McLeod Law Offices, PC<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 542-2956 | /s/ Constance M. McGrane<br>James F. Kavanaugh, Jr. BBO # 262360<br>Constance M. McGrane BBO #546745<br>CONN, KAVANAUGH, ROSENTHAL,<br>　　PEISCH & FORD, L.L.P.<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

Dated: June 3, 2005

226731.1