UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10769-MLW

```
_____
                              )
SCOTT BAMFORD,                )
     Plaintiff                )
                              )
v.                            )
                              )
KPMG, LLP and                 )
METROPOLITAN LIFE             )
INSURANCE COMPANY             )
     Defendants               )
                              )
_____ )
```

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the defendants in the above-captioned action.

/s/  Constance M. McGrane
Constance M. McGrane
CONN KAVANAUGH ROSENTHAL
    PEISCH & FORD, LLP
TEN POST OFFICE SQUARE
BOSTON, MA  02109
(617) 482-8200
BBO #546745

June 27, 2005

229668.1