UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

SCOTT BAMFORD

       Plaintiff,

-v-                                 CIVIL NO.  05-10769 MLW

KPMG, LLP and
METRPOLITAN LIFE
INSURANCE COMPANY,

       Defendants.
_____

## PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE

The Plaintiff, by and through his undersigned counsel, respectfully requests that a Conference be scheduled pursuant to Local Rule 16.1.

## Local Rule 7.1(A)(2) Certification

On October 27, 2005, the undersigned conferred with Defendant's counsel, and Defendant's counsel does not object to this request.

Respectfully submitted:

The Plaintiff,
SCOTT BAMFORD,
By his attorney:

DATED:     October 27, 2005

       /s/   William J. McLeod
William J. McLeod,  BBO 560572
McLEOD LAW OFFICES, PC
77 Franklin Street
Boston, MA  02110
(617) 542-2956/phone
(617) 695-2778/fax