UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT BAMFORD

        Plaintiff,

-v-

KPMG, LLP and
METRPOLITAN LIFE INSURANCE
COMPANY,

        Defendants.

CIVIL NO. 05-10769 MLW

## CERTIFICATION
### Local Rule 16.1(D)(3)

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation in this matter, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rules of the United States District Court for the District of Massachusetts.

Plaintiff's Counsel

William J. McLeod, BBO No. 560572
McLEOD LAW OFFICES, PC
77 Franklin Street
Boston, MA 02110
(617) 542-2956

DATED: 5/10/06

Plaintiff

Scott Bamford

DATED: 5/10/06