UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-10769-MLW

| | |
|---|---|
| Scott Bamford <br><br> Plaintiff, <br><br> v. <br><br> KPMG, LLP and Metropolitan Life Insurance Company <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows: (1) MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; (2) MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Louisa S. Ruffine
Louisa S. Ruffine, Esq.
Legal Department
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101-4015

/s/ Constance M. McGrane
James F. Kavanaugh, Jr. (BBO #262360)
Constance M. McGrane (BBO #546745)
Counsel for MetLife
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109

Dated: May 17, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on May/7/2006.
/s/ Constance M. McGrane
Constance M. McGrane, Esq.

254224.1