UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-10769-MLW

| | |
|---|---|
| Scott Bamford | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| KPMG, LLP and Metropolitan Life Insurance Company | )<br>)<br>) |
| Defendants. | )<br>) |

### CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant KPMG, LLP ("KPMG"), by its attorney and an authorized representative, hereby certifies as follows: (1) KPMG and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; (2) KPMG and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael J. Crisafulli, Esq.
KMPG, LLP
757 Third Avenue
New York, NY 10017


Dated: May 18, 2006

/s/ Constance M. McGrane
James F. Kavanaugh, Jr. (BBO #262360)
Constance M. McGrane (BBO #546745)
Counsel for KPMG
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on May 18, 2006.
/s/ Constance M. McGrane
Constance M. McGrane, Esq.

254227.1