```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


SCOTT BAMFORD                  )
                               )
     v.                        )    CA. No. 05-10769-MLW
                               )
KPMG, LLP,                     )
        Defendant.             )
```

## ORDER

WOLF, D.J.                                        May 31, 2006

As requested by the parties at the scheduling conference held on May 24, 2006, it is hereby ORDERED that:

1. The case is hereby stayed.

2. The parties shall by November 30, 2006 report regarding settlement and whether the stay should be lifted. If the case is not settled and the parties ask the court to lift the stay then they should file a proposed schedule for the remainder of the case as well.

```
                              /s/ Mark L. Wolf
                           UNITED STATES DISTRICT JUDGE
```