UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AT BOSTON

_____

SCOTT BAMFORD,

    Plaintiff,

-v-                                                CIVIL NO. 05-CV-10769 MLW

KPMG, LLP and
METROPOLITAN LIFE
INSURANCE COMPANY

    Defendants.

_____

**PLAINTIFF'S MOTION TO EXTEND AND AMEND THE SCHEDULING ORDER (ASSENTED TO)**

    The Plaintiff in the above captioned matter, by and through his counsel, respectfully requests that the Court extend the Order of May 31, 2006. As grounds in support, the undersigned respectfully represents:

    1.    On May 23, 2006, the parties filed a Joint Statement Regarding Pre-trial Matters and Request for Stay (document no. 13, herein referred to as "Statement"). The Statement provided that the Plaintiff would have 45 days to submit to the Defendants additional information to be considered to support his claims. MetLife would then have 45 days from the receipt of this information (with the option of an additional 45 day extension) to review the claim. Based on this agreement, as well as the entry of the Order, the Plaintiff expected to have medical information by July 14, 2006.

    2.    Despite repeated requests, verbally and in writing, Plaintiff's doctor (located in Rhode Island) has not provided requested information to the Plaintiff or his counsel. This has resulted in a breakdown in the

1

       doctor-patient relationship, and Plaintiff is seeking treatment from a new physician in Boston on August 30, 2006. In the meantime, Plaintiff is still trying to obtain medical information and documentation.

3. It is apparent that the schedule proposed by the parties is not feasible because of this unforeseen delay in obtaining the medical information from a third party. The Plaintiff needs more time to obtain medical documentation from his treating (and upon information and belief soon to be former treating) physician as well as his new treating physician. The Plaintiff has not ruled out the possibility of having to subpoena the medical records from the doctor (which is in Rhode Island) and having him submit to a deposition pursuant to Fed.R.Civ.P. 30.

4. Plaintiff requests that the Order of May 31, 2006 be extended by three months up to and including March 1, 2007 which will give the Plaintiff ample time to overcome the obstacles in obtaining this medical information, give the Defendant time to review the claim, and thus allow both parties to report to the court as to the status of the matter.

5. The Plaintiff also requests that the Stay be lifted to enable the Plaintiff to subpoena medical records or take depositions if necessary from third parties who have provided medical treatment to the Plaintiff.

WHEREFORE, for all of the foregoing reasons, the Plaintiff respectfully requests that this Motion be ALLOWED.

                              Respectfully submitted,

DATED:     August 29, 2006

                              THE PLAINTIFF
                              By his Attorney,

                              __/s/ William J. McLeod_____
                              William J. McLeod, BBO 560572
                              McLEOD LAW OFFICES, PC
                              77 Franklin Street
                              Boston, MA  02110
                              617.542.2956/phone
                              617.695.2778/fax

ASSENTED TO:
THE DEFENDANTS
By its Attorneys,

  /s/ Constance McGrane (by WJM)
James F. Kavanaugh, Jr.
Constance McGrane
CONN KAVANAUGH
10 Post Office Square
Boston, MA  02109
617.482.8200/phone

DATED:     August 29, 2006

3