UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10769-MLW

| | |
|---|---|
| SCOTT BAMFORD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| KPMG, LLP and | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendants. | ) |

JOINT STATEMENT TO COURT ON STATUS OF REVIEW

Pursuant to this Court's Order of September 10, 2006, the Defendants Metropolitan Life Insurance Company ("MetLife"), KPMG, LLP ("KPMG") and the plaintiff, Scott Bamford ("Bamford") hereby file this Joint Statement to the Court on the Status of Review of Plaintiff's Claim for Benefits.

    1.    This is a claim for benefits arising under the Employment Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. §1001, *et seq.* The plaintiff received long term disability ("LTD") benefits under the KPMG, LLP Employees Long Term Disability Plan ("the Plan"), beginning on February 25, 2002 until MetLife withdrew benefits withdrawn effective September 3, 2003, having found that plaintiff could perform the duties of his own occupation. The plaintiff administratively appealed this decision on or about December 15, 2003. MetLife upheld its decision by letter dated February 13, 2004. MetLife is the Claim Administrator for the Plan. The plaintiff filed this action for benefits on April 18, 2005.

    2.    On May 23, 2006, the parties filed a Joint Statement Regarding Pre-Trial Matters and Request for Stay ("Statement"). The Statement provided that the plaintiff would submit additional information to MetLife within 45 days from May 31, 2006 to be considered with

respect to his claims. MetLife would then have 45 days (with an option of an additional 45 day extension) from the receipt of the plaintiff's information to review the claim.

3. Due to difficulties plaintiff had in obtaining documents from medical providers, the plaintiff filed an Assented to Motion to Extend and Amend the Scheduling Order on August 29, 2006. The plaintiff expected to obtain documents in sufficient time to permit a review of the claim by March 1, 2007. The Court allowed the motion on September 10, 2006.

4. Plaintiff continued to experience difficulties in obtaining documents from medical providers, which delayed his submission of additional information for review of the claim by MetLife. The medical documents for the review of plaintiff's claim were submitted to MetLife on January 17, 2007. Based upon the date of this submission, MetLife has until March 5, 2007 to review plaintiff's claim, and requires the optional extension of 45 days to review the claim pursuant to the initial request for stay.

Respectfully submitted,

| | |
|---|---|
| SCOTT BAMFORD<br>By his attorney, | KPMG, LLP and METROPOLITAN LIFE INS. CO. OF AMERICA,<br>By their attorneys, |
| /s/ William J. McLeod<br>William J. McLeod (BBO #560572)<br>McLeod Law Offices, PC<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 542-2956 | /s/ Constance M. McGrane<br>James F. Kavanaugh, Jr. (BBO #262360)<br>Constance M. McGrane (BBO #546745)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on March 1, 2007.
/s/ Constance M. McGrane

276014.1