UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10769-MLW

| | |
|---|---|
| SCOTT BAMFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KPMG, LLP and | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

JOINT STATEMENT TO COURT ON STATUS OF REVIEW

Pursuant to this Court's Order of March 6, 2007, the defendants, Metropolitan Life Insurance Company ("MetLife"), KPMG, LLP ("KPMG") and the plaintiff, Scott Bamford ("Bamford") hereby file this Joint Statement to the Court on the Status of Review of Plaintiff's Claim for Benefits.

1.      This is a claim for benefits arising under the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. §1001, *et seq.* The plaintiff received long term disability ("LTD") benefits under the KPMG, LLP Employees Long Term Disability Plan (the "Plan"), beginning on February 25, 2002 until MetLife withdrew benefits effective September 3, 2003, having found that plaintiff could perform the duties of his own occupation. The plaintiff administratively appealed this decision on or about December 15, 2003. MetLife reviewed the plaintiff's entire case file and its prior decision and upheld its decision by letter dated February 13, 2004. MetLife is the Claim Administrator for the Plan. The plaintiff filed this action for benefits on April 18, 2005.

2.     Pursuant to various orders in the case, medical documents for another review of plaintiff's LTD claim were submitted to MetLife on January 17, 2007.  MetLife submitted the additional medical records for review of plaintiff's claim to a physician consultant, board certified in Physical Medicine and Rehabilitation, and a physician consultant, board certified in Neurology, who provided reports to MetLife dated February 7, 2007 and March 28, 2007, respectively.  The reports were faxed on April 5, 2007 by MetLife to the plaintiff's physician, Prakash Sampath, M.D., with a request for a response by April 11, 2007 if he disagreed with the report. MetLife did not receive a response to the request or a request for more time. On April 13, 2007, MetLife completed its review of Plaintiff's claim for benefits and determined, among other things, that benefits under the claim are not payable beyond September 3, 2003 and the claim will remain terminated.  A letter describing this decision was sent to Plaintiff's counsel on April 13, 2007.

3.     Prakash Sampath, M.D., has recently indicated to Plaintiff that he expects to submit a letter to MetLife responding to the two physician consultant reports within two weeks, or by May 2, 2007.  In the event that Dr. Sampath responds to the reports, MetLife will require thirty (30) days to evaluate the letter and Plaintiff's claim in light of any new information in the letter, and, if appropriate, additional time to revise its determination. The claim will be finally decided no later than June 18, 2007.

4.     After the claim is decided by MetLife, and if the case is not resolved by the parties, the parties respectfully request that the Court establish a schedule for the submission of the administrative record for the case and the filing of summary judgment motions.  As the administrative record will contain sensitive medical information, the

parties also respectfully request that this Court permit the filing under seal of the administrative record. The parties will prepare a proposed schedule for submission of the administrative record and summary judgment motion for the case and submit the schedule to the Court no later than June 29, 2007.

Respectfully submitted,

| | |
|---|---|
| SCOTT BAMFORD<br>By his attorney, | KPMG, LLP and METROPOLITAN LIFE INSURANCE COMPANY,<br>By their attorneys, |
| /s/ William J. McLeod<br>per e-mail auth. 4/23/07<br>William J. McLeod (BBO #560572)<br>McLeod Law Offices, PC<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 542-2956 | /s/ Constance M. McGrane<br>James F. Kavanaugh, Jr. (BBO #262360)<br>Constance M. McGrane (BBO #546745)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200 |

Dated: April 23, 2007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on April 23, 2007.
/s/ Constance M. McGrane

280363.1