UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-CV-10769-MLW

_____
                                                              )
SCOTT BAMFORD,                             )
                                                              )
          Plaintiff,                                   )
                                                              )
v.                                                          )
                                                              )
KPMG, LLP and                                  )
METROPOLITAN LIFE                         )
INSURANCE COMPANY,                     )
                                                              )
          Defendants.                             )
_____)

## PROPOSED JOINT SCHEDULE

Pursuant to this Court's order of June 2, 2007, the defendants, Metropolitan Life

Insurance Company ("MetLife"), KPMG, LLP ("KPMG") and the plaintiff, Scott

Bamford ("Bamford") hereby propose the following schedule for resolution of the

plaintiff's claims pursuant to the Employee Retirement Income Security Act of 1974, as

amended ("ERISA").

1)        MetLife shall file the Administrative Record with the Court by August 10,

2007. As the Administrative Record will contain sensitive medical information, the

parties respectfully request that this Court permit the filing under seal of the

Administrative Record.

2)     Summary judgment motions, with supporting memoranda, shall be filed by September 28, 2007. Each party may file an opposition to the other party's motion for summary judgment fourteen (14) days after service of the motion for summary judgment.

Respectfully submitted,

SCOTT BAMFORD
By his attorney,

/s/ William J. McLeod
per email auth. 6/20/07
William J. McLeod (BBO #560572)
McLeod Law Offices, PC
77 Franklin Street
Boston, MA  02110
(617) 542-2956

KPMG, LLP and METROPOLITAN LIFE
INSURANCE COMPANY,
By their attorneys,

/s/ Constance M. McGrane
James F. Kavanaugh, Jr. (BBO #262360)
Constance M. McGrane (BBO #546745)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  June 20, 2007

285898.1

Certificate of Service
I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered
participants on the 20th day of June, 2007.
/s/ Constance M. McGrane