UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-CV-10769-MLW

|  |  |
|---|---|
| SCOTT BAMFORD, | ) |
| Plaintiff, | ) |
| v. | ) |
| KPMG, LLP and METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**NOTICE OF FILING**

Metropolitan Life Insurance Company ("MetLife"), hereby provides notice that it has filed with the court Under Seal a paper copy of three volumes entitled "Administrative Record For Judicial Review."

Respectfully submitted,
Metropolitan Life Insurance Company,
By its attorneys,

/s/Constance M. McGrane
James F. Kavanaugh, Jr. BBO #262360
Constance M. McGrane BBO# 546745
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 9th day of August, 2007.
/s/ Constance M. McGrane

Dated:  August 9, 2007
289938.1