UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10769-MLW

| | |
|---|---|
| SCOTT BAMFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KPMG, LLP and | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

JOINT MOTION TO CHANGE SCHEDULE FOR SUMMARY JUDGMENT MOTIONS

The defendants, Metropolitan Life Insurance Company ("MetLife"), KPMG, LLP ("KMPG") and the plaintiff, Scott Bamford ("Bamford") respectfully request a change in the agreed upon schedule for filing Summary Judgment Motions. The parties request that Summary Judgment Motions be permitted to be filed by October 19, 2007. As grounds for this motion, the parties state that they are actively engaged in negotiations to resolve the matter, and require additional time to permit the matter to be resolved without unnecessary attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| SCOTT BAMFORD | KPMG, LLP and METROPOLITAN LIFE |
| By his attorney, | INSURANCE COMPANY, |
| | By their attorneys, |

| | |
|---|---|
| /s/ William J. McLeod (by email auth. 9/24/2007) | /s/ Constance M. Mcgrane |
| William J. McLeod (BBO #560572) | James F. Kavanaugh, Jr. (BBO #262360) |
| McLeod Law Offices, PC | Constance M. McGrane (BBO #546745) |
| 77 Franklin Street | CONN KAVANAUGH ROSENTHAL |
| Boston, MA  02110 |  PEISCH & FORD, LLP |
| (617) 542-2956 | Ten Post Office Square |
| | Boston, MA  02109 |
| | (617) 482-8200 |

Dated: September 24, 2007
293624.1