UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-CV-10769-MLW

| | |
|---|---|
| SCOTT BAMFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KPMG, LLP and | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties hereby stipulate that all claims and counterclaims in the above-entitled action are hereby dismissed, with prejudice and without costs, the parties waiving further appellate rights.

Respectfully Submitted,

SCOTT BAMFORD
By his attorney,

William J. McLeod (BBO #560572)
McLeod Law Offices, PC
77 Franklin Street
Boston, MA 02110
(617) 542-2956

Dated: January 4, 2008

KPMG, LLP and METROPOLITAN LIFE
INSURANCE COMPANY,
By their attorneys,

James F. Kavanaugh, Jr. (BBO #262360)
Constance M. McGrane (BBO #546745)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

CERTIFICATE OF SERVICE
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 4th day of January, 2008.
/s/ Constance M. McGrane

296156.1